RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Hayk Arakelyan

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HAYK ARAKELYAN,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00069-APG-BNW<br><br>**STIPULATION TO CONTINUE<br>SENTENCING HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Hayk Arakelyan, that the Sentencing Hearing currently scheduled on March 25, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than one week (7) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel needs time to research Mr. Arakelyan's custodial status.

　　　　2.　　The defendant is in custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 21st day of March, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HAYK ARAKELYAN,<br><br>    Defendant. | Case No. 2:21-cr-00069-APG-BNW<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Friday, March 25, 2022 at 2:30 p.m., be vacated and continued to April 19, 2022 at the hour of 3:30 p.m. by videoconference.

    DATED this 22nd day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE

3