UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

HAYK ARAKELYAN,

Defendant.

Case No. 2:21-cr-00069-APG-BNW

**ORDER FOR AMENDED JUDGMENT**

On April 27, 2022, I was called by the Bureau of Prisons (BoP) asking how for clarification on the sentence I imposed upon defendant Hayk Arakelyan.  I responded that, as expressed during the sentencing hearing, I intended Mr. Arakelyan to receive credit for 15 months in custody and to serve an additional 18 months from April 19, 2022.  The BoP informed me that its policy is to apply time credit against the final judgment I enter.  Thus, in this case, it would apply another 15 months' credit against the 18 months I ordered, resulting in release from custody sooner than I intended.  I therefore am entering an Amended Judgment for a sentence of 33 months, against which the BoP will credit approximately 15 months, resulting in my intended sentence of 18 months from April 19, 2022.

I HEREBY ORDER that an Amended Judgment be entered in this case for a sentence of 33 months' imprisonment.  All other terms of the original Judgment shall remain the same.

DATED THIS 27th day of April, 2022.

_____
Andrew P. Gordon
UNITED STATES DISTRICT JUDGE