RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Hayk Arakelyan

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00069-APG-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** (First Request) |
| v. | |
| HAYK ARAKELYAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Hayk Arakelyan, that the Revocation Hearing currently scheduled on April 29, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.    The parties need additional time to negotiate a potential non-hearing resolution.

2.    The defendant is out of custody and agrees with the need for the continuance.

3.    The parties agree to the continuance.

1      This is the first request for a continuance of the revocation hearing.

2      DATED this 23rd day of April 2025.

3

4    RENE L. VALLADARES                    SIGAL CHATTAH
     Federal Public Defender               United States Attorney
5

6
     By /s/ Keisha K. Matthews             By /s/ Brian Y. Whang
7    KEISHA K. MATTHEWS                     BRIAN Y. WHANG
     Assistant Federal Public Defender     Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

1
2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3
4
5
6
7
8

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00069-APG-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| HAYK ARAKELYAN, | |
| Defendant. | |

9
10       IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for
11   Tuesday, April 29, 2025, at 10:30 a.m., be vacated and continued to <u>August 5, 2025</u> at the
12   hour of <u>1:30 p</u>.m. in Courtroom 6C.

    DATED this <u>24th</u> day of April 2025.

13
14
15
16
                  ANDREW P. GORDON
                  CHIEF UNITED STATES DISTRICT JUDGE

17
18
19
20
21
22
23
24
25
26

3