RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Hayk Arakelyan

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAYK ARAKELYAN,<br><br>Defendant. | Case No. 2:21-cr-00069-APG-BNW<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Hayk Arakelyan, that the Revocation Hearing currently scheduled on August 5, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to address outstanding matters necessary for the resolution of the case.

2. The parties agree to the continuance.

1  This is the second request for a continuance of the revocation hearing.

2  DATED this 29th day of July 2025.

| RENE L. VALLADARES | SIGAL CHATTAH |
|---|---|
| Federal Public Defender | United States Attorney |
| | |
| By /s/ Keisha K. Matthews | By /s/ Brian Y. Whang |
| KEISHA K. MATTHEWS | BRIAN Y. WHANG |
| Assistant Federal Public Defender | Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>HAYK ARAKELYAN,<br><br>       Defendant. | Case No. 2:21-cr-00069-APG-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August 5, 2025, at 1:30 p.m., be vacated and continued to <u>November 13, 2025</u> at the hour of <u>10:30 a</u>.m. in LV Courtroom 6C.

DATED this <u>30th</u> day of July 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3